[No. 22035-4-III.   Division Three.   October 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER N. SHINGAREY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-8-00204-4, David M. Thorn, J. Pro Tem., entered April 18, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.

[No. 22234-9-III.   Division Three.   October 14, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. IGNACIO M. QUINTERO MORELOS, *Respondent*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated November 16, 2004. Substitute opinion to be filed in due course.

[No. 22398-1-III.   Division Three.   October 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE WILL RAMBUS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01763-0, Jerome J. Leveque, J., entered September 17, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 22472-4-III.   Division Three.   October 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RICHARD LOEBER, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 02-1-00056-2, David Frazier, J., entered October 3, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.